No. 225.  BAETICH v. HOBBY, SECRETARY, DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE.  C. A. 2d

Cir. Certiorari denied. *Samuel Gottlieb* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Herman Marcuse* for respondent.